Christopher Lawrence #1923479

3001 S. Emily Dr.

BEEVILLE, TX 78102

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**SEP 02 2015**

**Abel Acosta, Clerk**

August 28, 2015

RE: Motion to Extend time to file a PDR

Dear CLerk,

 I previously filed a Motion to extend time to file a PDR. I did not do a certificate of service or provide service to the other parties because the lawyer I had did not tell me I had to provide service.

 I have not recieved notice as to whether that motion was granted or denied. But, if it was denied because I didn't do proper service, please file this Motion immmediately. If my other motion was granted there will be no need to file this motion. Thank you for your time and understanding in this situation.

Sincerely,

Christopher LAwrence

NO._____

| | | |
|---|---|---|
| CHRISTOPHER LAWRENCE | § | |
| (Petitioner) | | IN THE |
| | § | |
| v. | | TEXAS COURT OF |
| | § | |
| THE STATE OF TEXAS | | CRIMINAL APPEALS |
| (Respondent) | § | |

PETITIONER'S PRO SEE MOTION TO
EXTEND TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Christopher A. Lawrence, pro se, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this Motion, Petitioner shows the Court the following:

## I.

The Petitioner was convicted in the 207th District Court of Comal County, Texas of the offense of Aggravated Sexual Assault of a child younger than six (6) years of age, in cause no. CR-2013-543. The Petitioner appealed to the Court of Appeals 3rd Supreme Judicial District, Appeal No. 03-14-00192-CR. The case was affirmed on July 16,2015. A motion for rehearing was denied on July 29,2015.

## II.

The present deadline for filing the Petition for Discretionary Review is September 9,2015.

## III.

Petitioner request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until August 4,2015. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on Appeal , C. Wayne Huff, informed Petitioner that he would not represent him further and offered no instruction on how to file a PDR.

WHEREFORE, Petitioner prays this Court GRANT this Motion and extend the deadline for filing for Discretionary Review in Cause No. CR-2013-543and Cause No.03-14-00192-Cr to November 4, 2015.

Respectfully submitted,

Christopher Lawrence
TDCJ-ID# 1923479
3001 S. Emily Dr.
Beeville, TX 78102

## CERTIFICATE OF SERVICE

I Christopher Lawrence, do hereby certify that a true and correct copy of the foregoing Motion for Extension of Time, has been forwarded by U.S. mail through the prison mailing system, first class postage prepaid to:

The State Prosecuting Attorney
P.O. Box 12405, Capital Station
Austin, TX 78711

Comal County District Attorney
100 Main Plaza
New Braunfels, TX 78130

Executed on this 31st day of August ,2015

Christopher Lawrence